

# Fourth Court of Appeals
## San Antonio, Texas

## CONCURRING OPINION

No. 04-23-00623-CR

**IN RE** Miguel Angel **BELTRAN BARRERA** et al.

Original Proceeding

From the County Court, Kinney County, Texas
Trial Court No. 11754CR
Honorable Penny Anne Roberts, Judge Presiding

PER CURIAM
Concurring Opinion by: Rebeca C. Martinez, Chief Justice

Sitting:        Rebeca C. Martinez, Chief Justice
                Luz Elena D. Chapa, Justice
                Liza A. Rodriguez, Justice

Delivered and Filed: October 4, 2023

I respectfully concur in denying without prejudice relator's petition for writ of mandamus for the reasons expressed in my concurrence in *In re Santiago Villalobo*s, No. 04-23-00538-CR, 2023 WL 4750833, at *1 (Tex. App.—San Antonio July 26, 2023, orig. proceeding) (mem. op.) (Martinez, C.J., concurring).

                                        Rebeca C. Martinez, Chief Justice